UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NOV 1 3 2007

RICCELLI ENTERPRISES, INC.,

      Plaintiff,

  -v-

COMPASS ENVIRONMENTAL, INC.,

      Defendant.

STIPULATION OF DISCONTINUANCE

Case No.: 07-CV-597 NAM/GHL

   Pursuant to Fed. Rule Civ. P. 41(a), Plaintiff Riccelli Enterprises, Inc. and Defendant Compass Environmental, Inc. hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice and without costs to either party.

GILBERTI STINZIANO HEINTZ & SMITH, P.C.

_/s/ Lisa DiPoala Haber_
Lisa DiPoala Haber, Esq.
*Attorneys for Plaintiff*
555 E. Genesee Street
Syracuse, New York 13202
Tel: (315) 442-0100

Dated: 11/9/07

CAMARDO LAW FIRM, P.C.

_/s/_
Joseph Camardo, Esq.
Adam Van Buskirk, Esq.
*Attorneys for Defendant*
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846

Dated 11/9/07

IT IS SO ORDERED.

Dated: _____
   Syracuse, New York

IT IS SO ORDERED.

_/s/_
Norman A. Mordue
Chief Judge

Dated: November 13, 2007

F:\ENV\RICC02\48841\Pleadings\USDS - Northern District - as of 060707\Stipulation of Discontinuance.doc